UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FILED

2018 FEB 21 P 1: 08

U.S. DISTRICT COURT
EASTERN DIST. TENN.
_____DEPT. CLERK

UNITED STATES OF AMERICA )
)
v. ) No. 3:18-CR- 15
) Judges: Varlan/Guyton
JUSTIN SCOTT CORUM )

# INDICTMENT
## COUNT ONE

The Grand Jury charges that, from in or about August 2017, through on or about October 22, 2017, in the Eastern District of Tennessee, Defendant **JUSTIN SCOTT CORUM**, did knowingly transmit, in interstate and foreign commerce with intent to extort from a minor female child referred to here as "K.E.," money and other things of value, communications, including Twitter messages, telephone text messages, Instagram messages and e-mails containing threats to injure the reputation of K.E., in violation of Title 18, United States Code, Section 875(d).

## COUNT TWO

The Grand Jury further charges that in or about May 2017, through in or about June 2017, in the Eastern District of Tennessee, Defendant **JUSTIN SCOTT CORUM**, did knowingly transmit, in interstate and foreign commerce with intent to extort from a person referred to here as "R.C.," money and other things of value, communications, including Twitter messages and Instagram messages, containing threats to injure the reputation of R.C., in violation of Title 18, United States Code, Section 875(d).

## COUNT THREE

The Grand Jury further charges that in or about September 2017, through on or about October 22, 2017, in the Eastern District of Tennessee, Defendant **JUSTIN SCOTT CORUM**, did knowingly transmit, in interstate and foreign commerce with intent to extort from a person referred to here as "I.R.," money and other things of value, communications, including Twitter messages and telephone text messages containing threats to injure the reputation of I.R., in violation of Title 18, United States Code, Section 875(d).

## COUNT FOUR

The Grand Jury further charges that from in or about June 2017, to on or about October 22, 2017, in the Eastern District of Tennessee, Defendant **JUSTIN SCOTT CORUM**, did knowingly transmit, in interstate and foreign commerce with intent to extort from a person referred to here as "A.B.," money and other things of value, communications, including Twitter messages and telephone text messages, containing threats to injure the reputation of A.B., in violation of Title 18, United States Code, Section 875(d).

## COUNT FIVE

The Grand Jury further charges that from in or about September 2017, to on or about October 22, 2017, in the Eastern District of Tennessee, Defendant **JUSTIN SCOTT CORUM**, did knowingly transmit, in interstate and foreign commerce with intent to extort from a person referred to here as "B.S.," money and other things of value, communications, including Twitter messages, telephone text messages and e-mail messages, containing threats to injure the reputation of B.S., in violation of Title 18, United States Code, Section 875(d).

## COUNT SIX

The Grand Jury further charges that from in or about July 2017, to on or about October 22, 2017, in the Eastern District of Tennessee, Defendant **JUSTIN SCOTT CORUM**, did knowingly transmit, in interstate and foreign commerce with intent to extort from a person referred to here as "M.S.," money and other things of value, communications, including Twitter messages and telephone text messages, containing threats to injure the reputation of M.S., in violation of Title 18, United States Code, Section 875(d).

## COUNT SEVEN

The Grand Jury further charges that from on or about October 10, 2017, to on or about October 22, 2017, in the Eastern District of Tennessee, Defendant **JUSTIN SCOTT CORUM**, did knowingly transmit, in interstate and foreign commerce with intent to extort from a person referred to here as "K.F.," money and other things of value, communications, including telephone text messages, containing threats to injure the reputation of K.F., in violation of Title 18, United States Code, Section 875(d).

## COUNT EIGHT

The Grand Jury further charges that on or about October 15, 2017, to on or about October 22, 2017, in the Eastern District of Tennessee, Defendant **JUSTIN SCOTT CORUM**, did knowingly transmit, in interstate and foreign commerce with intent to extort from a minor female child referred to here as "C.M.," money and other things of value, communications, including telephone text messages, containing threats to injure the reputation of C.M., in violation of Title 18, United States Code, Section 875(d).

## COUNT NINE

The Grand Jury further charges that from on or about October 16, 2017, to on or about October 22, 2017, in the Eastern District of Tennessee, Defendant **JUSTIN SCOTT CORUM**, did knowingly transmit, in interstate and foreign commerce with intent to extort from a person referred to here as "R.F.," money and other things of value, communications, telephone text messages and e-mails, containing threats to injure the reputation of R.F., in violation of Title 18, United States Code, Section 875(d).

## COUNT TEN

The Grand Jury further charges that from in or about June 2017, to on or about October 22, 2017, in the Eastern District of Tennessee, Defendant **JUSTIN SCOTT CORUM**, did knowingly transmit, in interstate and foreign commerce with intent to extort from a person referred to here as "P.M.," money and other things of value, communications, including Twitter messages and telephone text messages, containing threats to injure the reputation of P.M., in violation of Title 18, United States Code, Section 875(d).

## COUNT ELEVEN

The Grand Jury further charges that on or about September 5, 2017, to on or about October 22, 2017, in the Eastern District of Tennessee, Defendant **JUSTIN SCOTT CORUM**, did knowingly transmit, in interstate and foreign commerce with intent to extort from a person referred to here as "S.N." money and other things of value, communications, including Twitter messages, telephone text messages, and e-mails, containing threats to injure the reputation of S.N., in violation of Title 18, United States Code, Section 875(d).

## COUNT TWELVE

The Grand Jury further charges that in or about October 2017, in the Eastern District of Tennessee, Defendant **JUSTIN SCOTT CORUM**, did knowingly transmit, in interstate and foreign commerce with intent to extort from a person referred to here as "J.S.," money and other things of value, communications, including telephone text messages, containing threats to injure the reputation of J.S., in violation of Title 18, United States Code, Section 875(d).

## COUNT THIRTEEN

The Grand Jury further charges that in or about October 2017, in the Eastern District of Tennessee, Defendant **JUSTIN SCOTT CORUM**, did knowingly transmit, in interstate and foreign commerce with intent to extort from a person referred to here as "K.H.," money and other things of value, communications, including telephone text messages and emails, containing threats to injure the reputation of K.H., in violation of Title 18, United States Code, Section 875(d).

A TRUE BILL:

FOREPERSON

J. DOUGLAS OVERBEY
UNITED STATES ATTORNEY

CYNTHIA F. DAVIDSON
ASSISTANT UNITED STATES ATTORNEY