# CRIMINAL CASE COVER SHEET — U.S. ATTORNEY'S OFFICE

Defendant Name: __JUSTIN SCOTT CORUM__

Place of Offense (City & County): __Knox County__

Juvenile: Yes ____ No _x_    Matter to be Sealed: Yes ____ No _x_

Interpreter: No ____ Yes ____ Language: ____

Total # of Counts: ___ Petty ___ Misdemeanor (Class ___) _13_ Felony

| | ORIGINAL INDICTMENT<br>U.S.C. Citation(s) and Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 | 18 U.S.C. § 875(d) – Transmitting threats in interstate commerce with intent to extort | 13 |

(Use tab key after entering counts to create additional rows)

| | SUPERSEDING INDICTMENT<br>U.S.C. Citation(s) and Description of Offense Charged | New count?<br>Y or N | New Count # | Old Count #<br>(if applicable) |
|---|---|---|---|---|
| Set 1 | | | | |

(Use tab key after entering counts to create additional rows)

Current Trial Date (if set): _____ before Judge _____

Criminal Complaint Filed: No _X_ Yes ____ Case No. _____

Defendant on Supervised Release: Yes ____ No ____

Violation Warrant Issued? No _X_ Yes ____ Case No. _____

Related Case(s): _____
Case Number    Defendant's attorney    How related

## Criminal Informations:

Pending criminal case: No ____ Yes ____ Case No. _____

New Separate Case _____    Supersedes Pending Case _____

Name of defendant's attorney: _____

Retained: _____    Appointed: _____

Date: __February 21, 2018__    Signature of AUSA: _[signature]_