UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|     Plaintiff, | ) | |
| V. | ) | NO. 3:18-CR-15 |
| | ) | JUDGE REEVES |
| | ) | |
| JUSTIN SCOTT CORUM | ) | |
|     Defendant. | ) | |

## SENTENCING MEMORANDUM

The Defendant, Justin Scott Corum, by and through undersigned counsel, respectfully requests this Honorable Court to impose a sentence of 18 months of imprisonment to be followed by 1 year of supervised release. Pursuant to a written plea agreement, this recommendation is also offered by the parties for the Court's consideration. In support of this request, Mr. Corum respectfully submits the following:

Mr. Corum is a 23-year-old young man with no criminal history. He was born in Knoxville, Tennessee. He has lived in East Tennessee throughout his lifetime. Mr. Corum has a strong network of family and friends who also live in the area. Notably, Mr. Corum's mother has been highly supportive of her son. She plans to be a vital part of his rehabilitation process. Mr. Corum sincerely regrets how his actions in this case have negatively impacted the lives of his loved ones.

Mr. Corum is a high school graduate. He has also attended a local community college. Mr. Corum plans to seek out vocational training while in custody with the hope of making himself more marketable to employers subsequent to his release. Mr. Corum understands his criminal history may impede the path to gainful employment, but he is steadfastly committed to bettering

himself as a person. Mr. Corum wants nothing more than to reenter society with a new perspective on life.

Most importantly, Mr. Corum is exceptionally remorseful for his behavior in this case. He understands that his conduct caused a great deal of fear and anxiety for the victims and their family members. Mr. Corum certainly wishes that he had made different decisions. Mr. Corum was in a very depressed state of mind when the events unfolded in this matter. He plans to address these issues following his release from custody. However, Mr. Corum only offers this information as context to his actions. He offers no excuses to the Court, or to the victims, for his conduct.

In terms of the procedural posture of this case, Mr. Corum immediately accepted responsibility for his actions by pleading guilty and executing a plea agreement with the government. He has not filed any motions, objections, or created any other issues for the Court or for the government. Mr. Corum understands there are consequences for violating federal law. Consequently, he is ready to fulfill all Court-ordered obligations and conditions of release.

## CONCLUSION

Accordingly, Mr. Corum respectfully requests the Court to impose a sentence of 18 months to be followed by 1 year of supervised release. Mr. Corum avers that a sentence of this kind would be sufficient but not greater than necessary to achieve the statutory purposes envisioned by 18 U.S.C. § 3553(a).

Respectfully submitted this 28th day of January, 2019.

        FEDERAL DEFENDER SERVICES OF
        EASTERN TENNESSEE, INC.


          s/ Bobby E. Hutson, Jr.
        Bobby E. Hutson, Jr. BPR No. 143116
        First Assistant Federal Defender
        800 S. Gay Street, Suite 2400
        Knoxville, TN 37929
        (865) 637-7979


## **CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2019, a copy of the foregoing Sentencing Memorandum was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

          s/ Bobby E. Hutson, Jr.
        Bobby E. Hutson, Jr.

3

Case 3:18-cr-00015-PLR-HBG   Document 19   Filed 01/28/19   Page 3 of 3   PageID #: 90