UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:18-CR-15 |
| v. | ) | |
| | ) | JUDGE VARLAN |
| JUSTIN SCOTT CORUM | ) | |

## UNITED STATES' SENTENCING MEMORANDUM

The United States of America, by and through the United States Attorney for the Eastern District of Tennessee, hereby states that, apart from the information contained in the Presentence Investigation Report ("PSR"), the United States has no additional information regarding the issue of sentencing. The Government submits that based on the information provided in the PSR that a sentence within the guideline range would be sufficient, but not greater than necessary, to satisfy the factors set forth in 18 U.S.C. ¶ 3553.

However, the United States reserves the right to offer argument and proof at the sentencing hearing as it deems appropriate and as the Court permits.

Respectfully submitted this 29th day of January, 2019.

                                              J. DOUGLAS OVERBEY
                                              UNITED STATES ATTORNEY

                          By:    s/ *Cynthia F. Davidson*
                                       Cynthia F. Davidson
                                       Assistant United States Attorney
                                       800 Market Street, Suite 211
                                       Knoxville, TN 37902
                                       (865) 545-4167

## CERTIFICATE OF SERVICE

       I hereby certify that on January 29, 2019, a copy of the foregoing was filed electronically. Notice of the filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                                              s/ *Cynthia F. Davidson*
                                              Cynthia F. Davidson
                                              Assistant United States Attorney